| | |
|---|---|
| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* <br> 1:94CR10042-3 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* <br> 2:16-cr-00278-GW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anthony Carter <br> Los Angeles, CA | Western District of TN | Memphis |
| | NAME OF SENTENCING JUDGE <br> Honorable Judge James D. Todd | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/1/2015 — TO 10/31/2020 |

FILED
CLERK, U.S. DISTRICT COURT
04/21/16
CENTRAL DISTRICT OF CALIFORNIA
BY: CO DEPUTY

OFFENSE

21 U.S.C. § 846 Conspiracy to sell, distribute, or dispense Crack Cocaine Base and Cocaine.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order Of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this court.*

3/14/2016
*Date*

*(signed)* James D. Todd
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

4/21/16
*Effective Date*

*(signed)* George H. King, Chief U. S. District Judge
*United States District Judge*