

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | | SOUTHERN DIVISION |
|---|---|---|
| 312 North Spring Street, Room G-8 | | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | | (714) 338-4750 |

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

April 22, 2016

United States Courthouse
111 South Highland Avenue, Room 262
Jackson, TN 38301

Re: Transfer of Jurisdiction of Probation

    Your Case No.           1:94CR10042-3
    Assigned Our Case No.   2:16CR00278-GW
    Case Title:             United States of America v. Anthony CARTER

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge   George H. King, Chief U.S. District Judge   .

Please forward to this district court certified copies of the following documents:
1)  Indictment, Information, or Complaint
2)  Judgment and Probationary Order
3)  If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By _____
   Deputy Clerk

cc: Probation Office, Los Angeles
    Probation Office, District of Origin